IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JEREMY RYAN BURTON, ) | Civil Action No. 4:13-cv-3598-JMC-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. §405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),1 and REMANDS the cause to the Commissioner for further administrative proceedings.

Further administrative action is warranted in this case. The Administrative Law Judge's (ALJ) decision did not adequately explain the weight assigned to the medical opinion evidence. Remand is warranted for a re-evaluation of the medical opinions and for an explanation of the reasons for the weight assigned to each of the opinions.

The Appeals Council will instruct the ALJ to update the record and offer Plaintiff a new hearing. The ALJ will also be instructed to re-evaluate the medical opinion evidence pursuant to

---

1 The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

1

20 C.F.R. §404.1527 and Social Security Rulings 96-2p, 96-6p, and 96-6p.  If warranted, the ALJ will obtain evidence from a medical expert, reassess Plaintiff's residual functional capacity, and obtain supplemental evidence from a vocational expert.  The ALJ will proceed through the sequential evaluation process and issue a new decision.

      IT IS SO ORDERED.

                                              s/ Thomas E. Rogers, III
                                              Thomas E. Rogers, III
                                              United States Magistrate Judge

September 16, 2014

Florence, South Carolina